Certificate Number: 14912-CAC-DE-040280339

Bankruptcy Case Number: 25-17925



14912-CAC-DE-040280339

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 5, 2025, at 8:32 o'clock PM EST, Flor De Maria Saavedra completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  November 5, 2025                    By:     /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title:  Counselor